922 F.2d 832
 MacNamara (Lawrence, Joanne), Colombo (Dominick, Jean, Mary)
v.
County Council of Sussex County, Dukes (Dale), Stevenson
(William D.), Benson (Ralph E.), Cole (George B.), Mariner
(R. James), County Planning & Zoning Commission of Sussex
County, Hickman (Lloyd H.), Allen (John L.), Ralph (Donald
T.), Smith (Hugh P.), Monaco (Margaret T.), Delaware
Electric Cooperative, Inc.
 NO. 90-3401
 United States Court of Appeals,
Third Circuit.
 DEC 20, 1990
 Appeal From: D.Del., 738
 F.Supp. 134
 
 1
 AFFIRMED.